**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MARYANN CELEDON, | ) | Case No.: 1:16-cv-00440- JLT |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (Doc. 9) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On August 8, 2016, the parties filed a stipulation for a thirty-day extension of time for Defendant to prepare and file the administrative record. (Doc. 9) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 4-1 at 4), and this is the first extension requested by either party. Pursuant to the terms of the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file the administrative record no later than **September 15, 2016**;

IT IS SO ORDERED.

Dated:   **August 10, 2016**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE