# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN CELEDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 1:16-cv-0440- JLT <br><br> ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME <br><br> (Doc. 16) |

On October 26, 2016, Defendant filed a stipulation of the parties to extend time for Plaintiff to serve her confidential letter brief. (Doc. 16) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4-1 at 4), which was previously used by Defendant. (Docs. 9, 10) Beyond the single extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 4-1 at 4) Based upon the information provided by counsel and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve a confidential brief on or before **October 26, 2016**.

IT IS SO ORDERED.

Dated: **October 26, 2016**           **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE