UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN CELEDON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-0440- JLT <br><br> ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME <br><br> (Doc. 19) |

On January 3, 2017, Plaintiff filed a stipulation of the parties to extend time for Plaintiff to file an opening brief in the action. (Doc. 19) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4-1 at 4), and this is the *third* extension requested. (*See* Docs. 9, 16)

Beyond the single extension permitted by the Scheduling Order, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 4-1 at 4) In addition, the parties were cautioned that requests for modification of the Court's schedule "will **not** routinely be granted." (*Id.*, emphasis in original) Despite the Court's order, Plaintiff failed to file a written motion for amending the scheduling order for an extension, which Plaintiff contends is necessary "to properly address the issues within the administrative record in this matter." (Doc. 19 at 2) However, Plaintiff should be aware of the issues at this juncture, given Court's requirement that Plaintiff prepare and serve "a letter brief outlining the reasons why []she contends that a remand is

1

warranted," including "the relevant issues and reasons for the remand." (*See* Doc. 4-1 at 2) Moreover, Plaintiff fails to explain why the requested extension of sixty days is necessary.[1]

Nevertheless, the Court notes that Defendant does not oppose the request for a further extension of time. (*See* Doc. 19) Accordingly, the Court **ORDERS**:

1. Plaintiff's request for a further extension of time is **GRANTED IN PART**;
2. Plaintiff **SHALL** file an opening brief no later than **January 30, 2017**;
3. Plaintiff is reminded that the opening brief **SHALL** include a summary of *all* relevant medical evidence, including the significance of laboratory findings; testimony; and a short statement of all claimed issues; and

**The parties are cautioned that no further extensions will be granted without a showing of exceptionally good cause.**

IT IS SO ORDERED.

Dated: **January 5, 2017**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant served the Commissioner's response to the letter brief on November 30, 2016. (Doc. 18) Accordingly, Plaintiff's opening brief was to be filed no later than December 30, 2016. (*See* Doc. 4-1 at 2) (directing Plaintiff to file an opening brief "within thirty (30) days of service.")